# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSE REYES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Civil No. 04-217-B-S |
| | ) Criminal No. 01-76-B-W |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket # 17) filed June 16, 2005 the Recommended Decision is accepted.

Accordingly, it is ORDERED that Movant's 28 U.S.C. § 2255 motion be DENIED.

                                                                                                                                       /s/ George Z. Singal
                                                                                                                                       Chief United States District Judge

Dated this 8th day of July, 2005.