**UNITED STATES DISTRICT COURT**
**District of Maine**

```
JOSE REYES,                      )
            MOVANT,              )
                                 )
v.                               )
                                 )    Civil No. 04-217-B-S
UNITED STATES OF AMERICA,        )
                                 )
            RESPONDENT           )
                                 )
                                 )
```

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 16, 2005, her Recommended Decision (Docket No. 17). Movant filed his Objection to the Recommended Decision (Docket No. 22) on August 10, 2005. Respondent United States of America filed its Response (Docket No. 23) to those objections on August 22, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

   1. It is therefore ORDERED that the Recommended
      Decision (Docket No. 17) of the Magistrate
      Judge is hereby AFFIRMED.

2.   Movant's Motion to Vacate (Docket No. 1) and
     Amended Motion to Vacate (Docket No. 4) are
     <u>DENIED</u>.

                                     <u>/s/ George Z. Singal         </u>
                                     Chief U.S. District Judge

Dated this 29th day of August, 2005.